UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JODY DWAYNE FLOWERS,

    Plaintiff,

v.                                         Case No: 8:21-cv-1210-KKM-JSS

EASTERN ACCOUNT SYSTEM
OF CONNECTICUT, INC.,

    Defendant.
_____

## ORDER

Jody Flowers moves for default judgment against Eastern Account System of Connecticut, Inc. (Doc. 11.) The Magistrate Judge recommended that the Court grant the motion except as to Flowers's premature request for attorney's fees. (Doc. 13.)

The fourteen-day deadline for objections to the recommendation has passed. No one objected. Nevertheless, the Court reviews the Magistrate Judge's legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019) (Steele, J.). After review, the Court concludes that default judgment against Eastern Account System is appropriate for the reasons the Magistrate Judge stated. (Doc. 13.)

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation, (Doc. 13), is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion for Default Judgment against Eastern Account System of Connecticut, Inc., (Doc. 11), is **GRANTED.**

    a. The Court finds Plaintiff is entitled to an award of $2,000.00 in statutory damages and $452.00 in taxable costs.

    b. The Court also finds that Plaintiff is entitled to reasonable attorney's fees. Plaintiff must file a supplemental motion on attorney's fees **within 45 days of this Order,** as required in Local Rule 7.01(c).

3. The Clerk is directed to **ENTER** judgment in Plaintiff's favor and against Eastern Account System of Connecticut, Inc., **in the amount of $2,452.00**.

4. The Clerk is directed to **TERMINATE** any pending motions or deadlines and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on February 5, 2022.

Kathryn Kimball Mizelle
United States District Judge