UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JODY DWAYNE FLOWERS,

    Plaintiff,

v.                                        Case No: 8:21-cv-1210-KKM-JSS

EASTERN ACCOUNT SYSTEM
OF CONNECTICUT, INC.,

    Defendant.
_____

## ORDER

The Court entered a default judgment against Eastern Account System of Connecticut, Inc., after it failed to appear or defend against Jody Flowers's claims that it used unfair debt collection practices. (Doc. 14.) Flowers now moves for attorney's fees. (Doc. 17.)

After reviewing the motion and its attachments, the Magistrate Judge recommended that the Court grant the motion. (Doc. 18.) The fourteen-day deadline for Flowers to object to the Magistrate Judge's recommendation has passed without objection. Nevertheless, the Court reviews the Magistrate Judge's recommendation de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (per curiam).

After a complete review, the Court agrees with the Magistrate Judge. As the Magistrate Judge explained, the number of hours Flowers's attorneys spent on this matter was reasonable and the reimbursement rates requested for those hours are also reasonable.

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 18) is **ADOPTED** and made a part of this Order for all purposes.

2. Jody Flowers's Motion for Attorney's Fees (Doc. 17) is **GRANTED**. The Court awards Flowers her reasonable attorney's fees of **$3,638.50**.

**ORDERED** in Tampa, Florida, on May 14, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge